**FILED**
**JUL 29 2009**
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

James B. Crawford,             :
                               :
        Petitioner,            :
                               :
v.                             :   Civil Action No. **09 1411**
                               :
D.B. Drew, Warden, et al.      :
                               :
        Respondents.           :

## FINAL ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that this case is DISMISSED for lack of jurisdiction. This is a final appealable Order. *See* Rule 4(a), Fed. R. App. P.

Date: 7/27/09

                        *Royce C. Lamberth*
                        United States District Judge